IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IL VENTURES, LLC – A KETTLEBELL KING SERIES and CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC, JAY PERKINS and NEHEMIAH HEARD, Individuals, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:23-cv-00749-ML |
| FACTORY 14 UK ACQUISITION VI, LTD., FACTORY 14 UK ACQUISITION VII, LTD. And RAZOR GROUP GMBH, | § § § § § | |
| Defendants. | § | |

PLAINTIFFS' APPENDIX IN SUPPORT OF ITS MOTION TO COMPEL
AND BRIEF IN SUPPORT

COMES NOW, IL VENTURES, LLC - A KETTLEBELL KING SERIES, along with CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC, JAY PERKINS and NEHEMIAH HEARD, Plaintiffs herein (hereinafter collectively referred to as "Plaintiffs"), and file this, their Appendix (the "Appendix") in Support of Motion to Compel and Brief in Support (the "Motion"), and incorporates the same by reference as if fully set forth herein:

| Exhibit | Description | APPX |
|---|---|---|
| A | Defendants Responses FACTORY 14 UK ACQUISITION VI LTD., FACTORY 14 UK ACQUISITION VII LTD., FACTORY 14 UK ACQUISITION S.A.R.L. and RAZOR GROUP GMBH to Plaintiffs' First Set of Discovery Requests | APPX 001-028 |
| B | Defendant RAZOR GROUP GMBH's Responses to Plaintiffs First Set of Discovery Requests | APPX 029-056 |

Respectfully submitted,

SHEILS WINNUBST
A Professional Corporation

By: */s/ Latrice E. Andrews*
Mark D. Winnubst
State Bar No. 21781200
Latrice E. Andrews
State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas  75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
*latrice@sheilswinnubst.com*

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I certify that on May 16, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

*/s/ Latrice E. Andrews*
Latrice E. Andrews