IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IL VENTURES, LLC –KETTLEBELL KINGS SERIES, PRICE DIGITAL CONSULTANTS, LLC, and CHAD PRICE, JAY PERKINS and NEHEMIAH HEARD, Individuals,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FACTORY 14 UK ACQUISITION VI, LTD., FACTORY 14 UK ACQUISITION VII, LTD., and RAZOR GROUP GMBH,<br><br>　　　　Defendants. | Case No. 1:23-cv-00749-DII |

## PLAINTIFFS' WITNESS LIST
_____

Pursuant to the Scheduling Order entered on November 20, 2024 [ECF 53] ("Scheduling Order"), Plaintiffs IL VENTURES, LLC – KETTLEBELL KINGS SERIES ("KBK"), PRICE DIGITAL CONSULTANTS, LLC ("Digital"), CHAD PRICE ("Price"), JAY PERKINS ("Perkins"), and NEHEMIAH HEARD ("Heard") (collectively, "Plaintiffs") submit the following Plaintiffs' Witness List:

### I.   LIVE TESTIMONY

| Type | Witness Name | Address | Narrative of Testimony |
|---|---|---|---|
| Probable | **IL Ventures, LLC**-A KettleBell King Series, via Chad Price, Corporate Representative | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | As a corporate representative of IL Ventures, LLC, Mr. Price will testify as to the business ownership, operations, the Asset Purchase Agreement (e.g., negotiations, Letter of Intent, representations, and performance under the APA), history of the business, sales and historical performance, forecast, business decisions, communications with Defendants, representations of Defendants, and related matters. |

| | | | |
|---|---|---|---|
| Probable | **Price Digital Consulting d/b/a Digital Presence, LLC**, via Chad Price, as Corporate Representative | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | As a corporate representative of Price Digital Consulting, Mr. Price will testify regarding the breaches of Defendants under the Consulting Agreement, the video used without consent, |
| Probable | **Chad Price**, Co-Founder and Co-Owner of IL Ventures, LLC, party to the APA, party to a Consulting Agreement, Co-Founder and Former Co-Owner of Living.Fit | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | Original Founder of IL Ventures, LLC d/b/a Kettlebell Kings, will talk about the history of the business, performance, negotiations, representations, acquisition, earn-out payments and calculations, obligations that were not met under the APA, and related matters. Mr. Price will also testify regarding his role as a consultant under the Consulting Agreement, the breaches of the Consulting Agreement regarding nonpayment, the loss of the being able to perform the full term of the agreement, the damages to his reputation and the video published without his consent. Mr. Price will testify to the negligent performance, misleading or false representations, acts, omissions, and allegations that form the basis of the claims in this lawsuit. |
| Probable | **Jay Perkins**, Co-Founder and Co-Owner of IL Ventures, LLC, party to the APA, party to a Consulting Agreement, Co-Founder and Co-Owner of Living.Fit; Corporate representative of Living.Fit | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | Original Founder of IL Ventures, LLC d/b/a Kettlebell Kings, will talk about the history of the business, performance, negotiations, representations, acquisition, earn-out payments and calculations, obligations that were not met under the APA, revenue sharing, and related matters. Mr. Perkins will testify to the negligent performance, misleading or false representations, acts, omissions, and allegations that form the basis of the claims in this lawsuit. |
| Possible | **Victory Park Capital Advisors, LLC,** via Scott Zemnick, Custodian of Records and Partner of | **Katten Muchin Rosenman LLP** c/o Thomas Artaki 50 Rockefeller Plaza New York, NY 10020-1605 | Mr. Zemnik's business records affidavit is on file in support of the authentication and foundation of the documents produced by Victory Park Capital Advisors, LLC. Mr. Zemnik will testify as the custodian of records regarding the authenticity of the monthly reporting packages that have been prepared by Defendants and received by Victory Park Capital Advisors, LLC and the related obligations. |
| Probable | **Nehemiah Heard**, Co-Founder and Co-Owner of IL Ventures, LLC, party to the APA, Co-Founder and Co-Owner of Living.Fit | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | Original Founder of IL Ventures, LLC d/b/a Kettlebell Kings, will talk about the history of the business, performance, negotiations, representations, acquisition, earn-out payments and calculations, obligations that were not met under the APA, revenue sharing, and related matters. |
| Probable | **Christoph Gamon**, Corporate Representative of Razor Group, GmbH and Individually | **Foley & Lardner, LLP** c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas | Mr. Poetsch has information regarding the allegations in the lawsuit, earn-out calculations, VPC documents, Razor Transaction, and related matters. |

| | | | |
|---|---|---|---|
| | | 1000 Louisiana St., Suite 2000 Houston, TX 77002 | |
| Probable | **Oliver Poetsch**, Corporate Representative of Razor Group, GmbH and Individually | **Foley & Lardner, LLP** c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas 1000 Louisiana St., Suite 2000 Houston, TX 77002 | Mr. Poetsch has information regarding the allegations in the lawsuit, earn-out calculations, VPC documents, Razor Transaction, and related matters. |

## II.   LIVE EXPERT TESTIMONY[1]

| Type | Expert Name | Address | Narrative of Testimony |
|---|---|---|---|
| Probable | EJ Janik Janik Forensics PC | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | Mr. Janik will testify regarding the Earn Out Calculations he prepared (Models 1 and 2), his review of Plaintiffs' Models, his Expert Report and Supplemental Expert Report, and his observations, impressions and opinions regarding the Earn Out Calculations and Rebuttal Expert Report prepared by Mr. Saul Solomon on behalf of Defendants. Mr. Janik's testimony centers on damages for breaches of the Earn Out Payment and Earn Out Calculations, as well as other breaches of the APA that affected the Earn Out Calculation and/or further reduced the Earn Out Payment. Mr. Janik will testify regarding the decision to rely upon the VPC Reporting Packages and the error or relying upon the Annual Reports (and the purported enclosed audits) filed with the U.K. Companies House during the course of litigation. |
| Probable | Chad Price | **Sheils Winnubst PC** c/o Mark D. Winnubst and Latrice E. Andrews 1701 N. Collins Blvd., Ste 1100 Richardson, TX 75080 | Mr. Price will testify regarding the fitness industry, e-commerce and fitness industry, the historical and projected performance of IL Ventures, LLC, earn-out calculations, effects of breaches, the reputational damages to the Plaintiffs, the costs associated with the breaches, fraud and/or negligence of Defendants and protected and other damages asserted in this case, and all matters about which he has been designated. |

## III.   DEPOSITION TESTIMONY

| **Deponent** | **Address** | **Page: Line** | **Narrative of Testimony** |
|---|---|---|---|

---

[1] The parties have stipulated to addressing the amount of attorney's fees post-trial, and asking the court regarding how it intends to address the issue of whether attorney's fees are available.

|  |  | Designation |  |
|---|---|---|---|
| **Oliver Dlugosch**, Corporate Representative of Razor Group, GmbH | **Foley & Lardner, LLP** c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas 1000 Louisiana St., Suite 2000 Houston, TX 77002 | 7:20-24 7:25-8:2 8:3-9:14 12:12-16 14:12-24 16:7-13 17:2-9 17:2-9 16:21-17:1 15:6-13 15:17-16:6 17:19-20:11 19:5-9 20:9-14 21:10-11:4 22:5-22 22:5-22 22:21-23:11 23:22-12 23:22-24:12 24:8-25:22 26:4-17 26:12-17 27:14-21 29:12-30:10 26:18-27:22 28:1-6 30:6-10 27:14-21 29:12-30:10 31:8-33:13 33:15-35:25 36:15-37:4 39:18-40:7 40:9-41:2 41:3-10 41:16-25 42:4-43:2 43:12-20 43:21-44:7 44:8-18 44:8-19 45:5-14 45:19-46:7 46:8-17 46:25-47:9 47:19-48:6 48:7-17 48:18-23 49:7-19 50:1-11 50:12-15 50:16-19 52:7-15 52:16-23 | Mr. Dlugosh was designated as the corporate representative of Razor Group, GmbH. |

| | | | |
|---|---|---|---|
| | | 53:5-11<br>53:23-55:6<br>56:8-19<br>57:14-59:5<br>59:14-23<br>60:7-62:2<br>62:6-63:11<br>64:21-65:6<br>66:19-67:3<br>67:11-68:5<br>69:3-19<br>69:20-25<br>70:1-7<br>71:13-72:11<br>72:12-25<br>73:1-17<br>73:18-22<br>74:12-21<br>74:20-75:2<br>75:11-76:5<br>77:15-78:10<br>78:11-80:8<br>80:9-16<br>80:9-16<br>80:17-81:1<br>81:22-82:2<br>82:3-17<br>86:4-20<br>87:8-19<br>87:20-89:1<br>89:2-7<br>89:8-25<br>90:1-19<br>93:2-19<br>93:20-94:16<br>95:2-17<br>98:11-99:12<br>100:8-18<br>107:2-20<br>108:10-109:12<br>109:13-110:7<br>110:22-111:6<br>111:7-112:7<br>112:6-7<br>112:8-113:9<br>113:10-22<br>113:23-114:9 | |
| **Garrett Kolp**, former Employee of IL Ventures, LLC, Factory 14 VII, and current employee of Razor Group GmbH | **Foley & Lardner, LLP**<br>c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas<br>1000 Louisiana St., Suite 2000<br>Houston, TX 77002 | 13:12-16:10<br>17:14-22<br>19:14-24<br>21:7-12<br>21:13-23:6<br>28:17-29:4<br>29:10-18<br>29:24-32:23<br>34:13-34:16 | Mr. Kolp has testimony regarding the countries of operation, the shutdown of operations in various countries, inventory issues and customer service issues experienced after November 1, 2021, the use of other entities to hold |

| | | | |
|---|---|---|---|
| | | 34:24-35:2<br>35:3-12<br>36:8-15<br>35:22-37:8<br>37:20-38:14<br>38:15-19<br>38:25-39:18<br>39:16-25<br>40:7-12<br>38:15-19<br>38:25-39:18<br>39:16-25<br>40:7-12<br>42:18-25<br>43:3-23<br>47:1-49:17<br>50:3-20<br>50:25-51:13<br>51:14-23<br>52:22-53:8<br>53:9-18<br>54:1-6<br>54:23-55:5<br>55:8-16<br>55:25-56:2<br>56:4-58:5<br>58:15-20<br>58:21-59:3<br>59:5-12<br>59:13-23<br>60:14-61:4<br>61:17-62:13<br>62:9-14<br>62:14-23<br>63:13-22<br>64:12-65:18<br>65:20-65:25<br>68:4-69:4<br>68:17-70:22<br>71:11-71:25<br>72:4-21<br>74:2-4<br>74:13-20<br>76:20-78:2<br>78:3-6<br>78:22-79:2<br>79:6-15<br>82:1-16<br>85:3-86:23<br>86:8-11<br>86:18-87:4<br>87:16-88:10<br>88:23-25<br>91:14-92<br>92:12-93:5<br>93:6-15 | funds derived from KBK related products, and related matters. |

|  |  | 93:22-94:7<br>94:8-9<br>95:14-15<br>96:24-97:5<br>97:25-98:11<br>98:6-11<br>98:12-19<br>98:21-99:4<br>108:12-15<br>111:4-14<br>111:24-112:19<br>112:20-24<br>112:25-113:5<br>113:6-8<br>115:4-8<br>117:25-118:2<br>119:14-120:5<br>121:4-15<br>121:4-15<br>122:19-123:22<br>122:6-17<br>124:14-125:23<br>125:20-23<br>126:4-11<br>126:17-127:9<br>127:14-17<br>127:25-129:3<br>129:7-11<br>130:1-2<br>131:9-25<br>137:1-20<br>142:5-11<br>144:25-145:6<br>145:21-146:21<br>146:22-147:3<br>147:4-148:21<br>152:15-153:9<br>153:21-154:17<br>154:18-155:7<br>155:11-156:13<br>156:13-157:9<br>158:9-159:19<br>160:7-23<br>161:1-18<br>170:1-173:1<br>172:25-173:1<br>173:20-24<br>174:4-9<br>174:10-14<br>175:13-176:9<br>177:18-179:3<br>179:10-13<br>188:7-189:3<br>191:7-192:11 |  |

| **Maximilian Meyer**, Corporate Representative of Razor Group, GmbH | **Foley & Lardner, LLP** c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas 1000 Louisiana St., Suite 2000 Houston, TX 77002 | 20:19-22 24:22-25 25:20-22, 26:21-22 29:14-30:2 33:22-34:7 34:4-35:6 37:8-38:1 38:22-39:2 42:25-43:8 47:7-11 49:8-16 51:21-25, 52:7-9 52:24-25 54:6-9 54:12-25 56:21-24 58:4-5 58:15-16 90:25-91:2 91:20-92:2 104:12-16 107:3-10 107:18-20 37:6-14 37:23-24 37:25-38:1 38:8-39:2 | Mr. Meyer was designated as the corporate representative of Razor Group, GmbH. |
| **Olivier Navarro**, Corporate Representative of Razor Group, GmbH | **Foley & Lardner, LLP** c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas 1000 Louisiana St., Suite 2000 Houston, TX 77002 | 10:12-11:7 11:23-12:16 12:17-24 13:7-9 13:13-24 14:10-19 17:11-18:4 17:22-18:9 19:16-25 20:19-24 21:14-22:8 22:13-24 23:15-18 24:1-3 24:4-10 24:11-25 25:5-21 25:11-13 26:8-27:5 28:4-9 28:19-22 29:5-30:13 33:1-17 33:18-24 33:22-34:11 34:12-18 35:9-24 36:4-9 36:10-37:22 | Mr. Navarro was designated as the corporate representative of Razor Group, GmbH. |

| | | | |
|---|---|---|---|
| | | 36:22-37:8<br>37:12-41:2<br>41:11-25<br>42:14-43:15<br>43:16-45:2<br>45:3-23<br>50:21-51:8<br>51:11-24<br>52:24-53:12<br>54:1-7<br>54:21-55:4<br>55:10-13<br>55:12-56:16<br>55:12-56:16<br>55:12-16<br>56:22-15<br>55:12-16<br>57:16-25<br>60:12-18<br>60:19-5<br>61:6-16<br>62:23-63:8<br>61:17-15<br>64:3-5<br>64:11-65:1<br>65:2-9<br>67:7-18<br>69:14-12<br>71:8-72:5<br>72:19-73:2<br>73:3-8<br>73:3-21<br>74:17-75:2<br>75:3-19<br>75:20-77<br>77:7-14<br>77:15-22<br>77:23-78:8<br>78:9-15<br>78:13-15<br>79:3-13<br>79:14-80:1<br>80:16-21<br>80:22-81:6<br>81:7-18<br>83:7-15<br>83:16-24<br>84:23-85:4<br>86:2-8<br>86:15-19<br>87:1-8<br>87:10-13<br>87:14-88:11<br>90:21-24<br>91:20-93:2<br>93:3-14 | |

| | | | |
|---|---|---|---|
| | | 95:6-14<br>95:19-96:15<br>98:9-18<br>99:13-25<br>99:25-100:17<br>100:18-101:11<br>103:11-21<br>103:21-105:9<br>105:10-24<br>107:13-20<br>108:2-13<br>108:21-109:16<br>109:17-110:10<br>110:11-21<br>110:22-111:4 | |
| **Michelle Tran**, Corporate Representative of Razor Group, GmbH | **Foley & Lardner, LLP**<br>c/o Scott Ellis, Katie Harrington, Shane McDonald and Cassie Georgantas<br>1000 Louisiana St., Suite 2000<br>Houston, TX 77002 | *See* **Exhibit List** and **Highlighted Transcript**<br>6:9-21<br>7:11-14<br>10:5-8<br>10:21-12:25<br>13:10-15<br>13:19-14:3<br>15:1-5<br>15:7-19<br>16:4:-10<br>16:18-24<br>17:1-18:1<br>18:9-24<br>19:5-16<br>20:1-4<br>20:6-12<br>21:12-22:11<br>23:7-23<br>24:1-22<br>26:8-17<br>27:4-30:13<br>31:7-16<br>31:25-32:21<br>32:24-33:16<br>34:20-35:1<br>36:9-39:7<br>40:1-24<br>41:19-42:11<br>43:l-21<br>44:7-12<br>45:4-16<br>46:1-15<br>46:1-48:8<br>48:23-49:6<br>50:3-51:18<br>52:1-53:17<br>54:1-7<br>54:16-55:9<br>56:20-23<br>57:16-59:5 | Ms. Tran was designated as the corporate representative of Razor Group, GmbH. |

| | | | |
|---|---|---|---|
| | | <u>59:16-25</u><br>61:4-22<br>62:1-63:23<br>64:3-6<br>69:1-8<br>69:16-71:25<br>72:12-73:11<br>74:20-75:8<br>75:22-76:17<br>77:3-78:22<br>79:14-80:18<br>81:5-83:7<br>83:22-84:25<br>85:5-14<br>85:24-86:7<br>86:23-87:5<br>87:14-88:12<br>89:5-91:11<br>91:16-93:8<br>94:13-95:4<br>95:13-21<br>96:10-99:11<br>99:20-100:24<br>102:20-103:25<br>108:2-25<br>109:2-110:13<br>110:21-111:7<br>111:13-112:12<br>112:20-113:4<br>113:12-24<br>114:1-21<br>116:8-118:6<br>118:17-119:12, 15-24<br>120:3-11<br>121:18-24<br>122:5-17<br>123:16-124:13<br>124:23-125:12<br>125:23-126:10<br>127:19-128:5<br>129:1-24<br>130:15-131:4 | |
| **EJ Janik**<br>Janik Forensics PC | **Sheils Winnubst PC**<br>c/o Mark D. Winnubst and Latrice E. Andrews<br>1701 N. Collins Blvd., Ste 1100<br>Richardson, TX 75080 | *See the Janik Deposition* | |

## IV.     <u>RESERVATION OF RIGHTS</u>

Plaintiffs hereby reserve the right to call any witness designated by Defendants and any person identified as a person with knowledge in any iteration of disclosures or identified within an exhibit. Plaintiffs reserve the right to call any other person for purposes of impeachment.

Respectfully submitted,

*/s/ Latrice E. Andrews*
Mark D. Winnubst
State Bar No. 21781200
Latrice E. Andrews
State Bar No. 24063984
Sheils Winnubst PC
1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Tel:  972.644.8181
Fax: 972.644.8180
mark@sheilswinnubst.com
latrice@sheilswinnubst.com

COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and (b)(3), I hereby certify that a true and correct copy of the above and foregoing Plaintiff Witness List was served upon counsel of record for Defendants, Scott D. Ellis, Katie Harrington, Cassie Georgantis, and Shane McDonald of Foley & Lardner LLP, 1000 Louisiana St., Suite 2000, Houston, Texas 77002, via electronic service on this 2nd day of October, 2025.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ Latrice E. Andrews*
Latrice E. Andrews
