IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IL VENTURES, LLC – A KETTLEBELL KING SERIES, and CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC JAY PERKINS AND NEHEMIAH HEARD, individuals, <br><br> *Plaintiffs,* <br><br> v. <br><br> FACTORY 14 UK ACQUISITION VI LTD., FACTORY 14 UK ACQUISITION VII LTD., FACTORY 14 UK ACQUISITION S.A.R.L. and RAZOR GROUP GMBH, <br><br> *Defendants.* | Case No. 1:23-cv-00749-ML |

## DEFENDANTS' TRIAL WITNESS LIST

Pursuant to Local Rule 16(e), Defendants, Factory 14 UK Acquisition VI Ltd ("Factory 14 VI"), Factory 14 UK Acquisition VII Ltd ("Factory 14 VII"), Factory 14 Acquisition S.à. r.l. ("Factory 14 S.à. r.l.") (together with Factory 14 VI and Factory 14 VII, "Factory 14"), and Razor Group GmbH ("Razor") (collectively, "Defendants"), submit this Trial Witness List. The following witnesses are those Defendants currently expect to present at trial. However, Defendants expressly reserve the right to amend and/or supplement this Witness List within the limits imposed by the Court, or any alterations of the same by subsequent Court order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure. Further, the order of witnesses is in alphabetical order, and is not reflective of the order in which Defendants intend to call these witnesses at trial.

A. **Witnesses Defendants Will Call at Trial**

| # | Witness | Contact Information | Anticipated Testimony |
|---|---------|--------------------|-----------------------|
| 1. | Christoph Gamon | Neue Grünstr. 2<br>10179 Berlin, Germany<br>+49 1520 2650606 | Mr. Gamon is expected to testify regarding his previous roles and responsibilities at Razor, and his knowledge of the founding and corporate structure of Razor, Razor's operations and accounting, Razor's acquisition of various entities, including Factory 14 VI and VII, the relationship between Razor and Factory 14, the corporate structure and filing requirements of Factory 14, the information Razor provides to its lender, the ecommerce aggregator industry, and the market and industry for ecommerce fitness products. Mr. Gamon may also testify about any exhibits that he authored or received. |
| 2. | Garrett Kolp | Razor Group GmbH<br>801 Barton Springs<br>Austin, TX 78704<br>(214) 505-1203 | Mr. Kolp is expected to testify regarding his roles and responsibilities at Razor, and his knowledge of marketing of Kettlebell Kings, the market and industry for ecommerce fitness products, and communications with Plaintiffs. Mr. Kolp also may testify about any matters inquired about during his deposition, and any exhibits Mr. Kolp authored or received. |
| 3. | Maximilian Meyer | Razor Group GmbH<br>Ritterstraße 16-18<br>10969 Berlin, Germany<br>+49 151 12545509 | Mr. Meyer is expected to testify regarding his roles and responsibilities at Razor, and his knowledge of Razor's operations, Razor's acquisition of various entities, including Factory 14 VI and VII, the relationship between Razor and Factory 14, the corporate |

| | | | |
|---|---|---|---|
| | | | structure of Factory 14, the ecommerce aggregator industry, the market and industry for ecommerce fitness products, communications with Plaintiffs, and agreements between Factory 14 and Plaintiffs. Mr. Meyer also may testify about any matters inquired about during his deposition, and any exhibits Mr. Meyer authored or received. |
| 4. | Olivier Navarro | Razor Group GmbH Ritterstraße 16-18 10969 Berlin, Germany +352 691 144 577 | Mr. Navarro is expected to testify regarding his roles and responsibilities at Razor, and his knowledge of Factory 14's financial information and Factory 14 and Razor's accounting. Mr. Navarro also may testify about any matters inquired about during his deposition, and any exhibits Mr. Navarro authored or received. |
| 5. | Saul Solomon | Berkeley Research Group 600 Travis Street, Suite 6900 Houston, TX 77002 (713) 481-9410 | Mr. Solomon is retained as an expert witness in this case. He is expected to testify regarding the opinions and documents set forth in the BRG Memorandum, dated July 25, 2024, and Defendants' Designation of Expert Witnesses, dated April 14, 2024. Mr. Solomon is also expected to testify regarding the opinions and documents set forth in the reports provided by Plaintiffs' expert, EJ Janik. Mr. Solomon also may testify about any matters inquired about during his deposition, and any exhibits Mr. Solomon authored or received. |

## B.   Witnesses Defendants May Call at Trial

| # | Witness | Contact Information | Anticipated Testimony |
|---|---------|---------------------|----------------------|
| 1. | Michelle Tran | Berkeley Research Group<br>600 Travis Street, Suite 6900<br>Houston, TX 77002<br>(713) 481-9410 | Ms. Tran is retained as an expert witness in this case. She may testify regarding the opinions and documents set forth in the BRG Memorandum, dated July 25, 2024, and Defendants' Designation of Expert Witnesses, dated April 14, 2024. Ms. Tran is also expected to testify regarding the opinions and documents set forth in the reports provided by Plaintiffs' expert, EJ Janik. Ms. Tran also may testify about any matters inquired about during his deposition, and any exhibits Ms. Tran authored or received. |

| | |
|---|---|
| Date: October 2, 2025 | Respectfully submitted |
| | **FOLEY & LARDNER LLP** |
| | By: */s/ Scott D. Ellis* |
| |     Scott D. Ellis |
| |     Texas Bar No. 24044606 |
| |     sellis@foley.com |
| |     Katherine M. Harrington |
| |     Texas Bar No. 24092489 |
| |     kharrington@foley.com |
| |     Cassandra Georgantas |
| |     Texas Bar No. 24132712 |
| |     cgeorgantas@foley.com |
| |     1000 Louisiana Street, Suite 2000 |
| |     Houston, Texas 77002 |
| |     Telephone: (713) 276-5500 |
| |     Facsimile:  (713) 276-5555 |
| | |
| | **ATTORNEYS FOR DEFENDANTS FACTORY 14 UK ACQUISITION VI LTD, FACTORY 14 UK ACQUISITION VII LTD, FACTORY 14 UK ACQUISITION S.A.R.L., and RAZOR GROUP GMBH** |