IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IL VENTURES, LLC – A KETTLEBELL KING SERIES, and CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC JAY PERKINS AND NEHEMIAH HEARD, individuals, | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 1:23-cv-00749-ML |
| FACTORY 14 UK ACQUISITION VI LTD., FACTORY 14 UK ACQUISITION VII LTD., FACTORY 14 UK ACQUISITION S.A.R.L. and RAZOR GROUP GMBH, | § § § § § § | |
| *Defendants.* | § § | |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

Pursuant to Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, Cassandra E. Georgantas respectfully requests the Court's permission to withdraw as counsel of record for Defendants, Factory 14 UK Acquisition VI Ltd., Factory 14 UK Acquisition VII Ltd., Factory 14 UK Acquisition S. A. R. L., and Razor Group GmbH ("Defendants").

There is good cause for the Court to grant this request because Cassandra E. Georgantas is leaving Foley & Lardner LLP. Therefore, Ms. Georgantas will no longer be working on this case, and it is necessary that Ms. Georgantas withdraw as counsel of record.

This withdrawal is not sought for delay, and Defendants continue to be represented by Scott D. Ellis and Katherine M. Harrington of Foley & Lardner LLP, 1000 Louisiana, Suite 2000, Houston, Texas 77002.

For the reasons set forth above, Cassandra E. Georgantas requests that this motion be in all things granted and that the Court sign an order permitting her to withdraw and be discharged as counsel of record for Defendants.

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Cassandra E. Georgantas*
    Scott D. Ellis
    Texas Bar No. 24044606
    sellis@foley.com
    Katherine M. Harrington
    Texas Bar No. 24092489
    kharrington@foley.com
    Cassandra E. Georgantas
    Texas Bar No. 24132712
    cgeorgantas@foley.com
    1000 Louisiana Street, Suite 2000
    Houston, Texas 77002
    Telephone: (713) 276-5500
    Facsimile:  (713) 276-5555

**ATTORNEYS FOR DEFENDANTS, FACTORY 14 UK ACQUISITION VI LTD, FACTORY 14 UK ACQUISITION VII LTD, FACTORY 14 UK ACQUISITION S.A.R.L., AND RAZOR GROUP GMBH**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record on November 26, 2025.

*/s/ Cassandra E. Georgantas*
Cassandra E. Georgantas