IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IL VENTURES, LLC – A KETTLEBELL KING SERIES, and CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC JAY PERKINS AND NEHEMIAH HEARD, individuals, | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 1:23-cv-00749-ML |
| FACTORY 14 UK ACQUISITION VI LTD., FACTORY 14 UK ACQUISITION VII LTD., FACTORY 14 UK ACQUISITION S.A.R.L. and RAZOR GROUP GMBH, | § § § § § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Motion to Withdraw as Counsel (the "Motion"). After careful consideration, the Court finds that the Motion should be granted.

It is, therefore, ORDERED that the Motion is hereby granted and previous counsel for Defendants, Factory 14 UK Acquisition VI Ltd, Factory 14 UK Acquisition VII Ltd, Factory 14 UK Acquisition S.A.R.L., and Razor Group GmbH ("Defendants"), Cassandra E. Georgantas, is given leave to withdraw and is hereby considered withdrawn as counsel for Defendants for all purposes.

Signed ____ day of _____, 2025.

_____
United States Magistrate Judge