**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IL VENTURES, LLC – A KETTLEBELL KING SERIES, and CHAD PRICE, PRICE DIGITAL CONSULTANTS, LLC JAY PERKINS AND NEHEMIAH HEARD, individuals,** | § | |
| ***Plaintiffs,*** | § | **Case No. 1:23-cv-00749-ML** |
| **v.** | § | |
| **FACTORY 14 UK ACQUISITION VI LTD., FACTORY 14 UK ACQUISITION VII LTD., FACTORY 14 UK ACQUISITION S.A.R.L. and RAZOR GROUP GMBH,** | § | |
| ***Defendants.*** | § | |

**AMENDED FINAL JUDGMENT**

Before the court is the above-styled and numbered action. The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes on March 10, 2025. Dkt. 32, 22, 34. A bench trial took place in this matter between October 16-25, 2025. Accordingly, the court renders the following Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58 and in accordance with its Findings of Fact and Conclusions of Law and the court's order on Plaintiffs' post-judgment motions.[1]

**IT IS ORDERED** that judgment is entered in favor of Plaintiffs for breach of contract. The court finds Plaintiffs are entitled to the following relief from Defendants:

A total of $300,000 in Earn-Out Payments under the APA;

[1] The original final judgment did not include an award of attorneys' fees, which had not yet been determined at that time.

A total of $234,898.54 in invoice reimbursements under the APA;

A declaratory judgment that the non-compete and non-solicitation provisions of the Consulting Agreements and APA are void and unenforceable against Plaintiffs;

Jay Perkins is entitled to a total of $150,000.06 in Consulting Fees under the Consulting Agreement;

Chad Price/Price Digital is entitled to a total of $150,000.06 in Consulting Fees under the Consulting Agreement;

Chad Price/Price Digital is entitled to a total of $3,200.49 for reimbursement of the Berlin Fees;

Plaintiffs are entitled to $342,887.50 in attorneys' fees;

and pre-judgment interest at the rate of 6.75% and post-judgment interest on such amounts at the prevailing rate from the date each individual payment should have been made until paid in full.

**IT IS FURTHER ORDERED** that Plaintiffs take nothing from Defendants on their claims of common law fraud, fraudulent inducement, fraud by omission, false endorsement under the Lanham Act, false advertising under the Lanham Act, unjust enrichment, quantum meruit, negligent performance of contract, and civil conspiracy.

**IT IS FURTHER ORDERED** that any pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on August 21, 2026.

MARK LANE
UNITED STATES MAGISTRATE JUDGE